**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CRAIG THORNER, individually and on behalf of all others similarly situated, <br><br><br><br>        Plaintiff, <br><br>  vs. <br><br>TEAMVIEWER US, INC., <br><br>        Defendant. | Case No.: 9:26-cv-80214-AMC <br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Craig Thorner, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant TeamViewer US, Inc.

Respectfully submitted,

/s/ *Anthony J. Russo*
Anthony J. Russo, Esq.
Florida Bar No. 43109
THE RUSSO FIRM
1001 Yamato Road, Suite 106
Boca Raton, FL 33431
T: 844-847-8300
E: anthony@therussofirm.com

*Counsel for Plaintiff*