**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80214-CIV-CANNON**

**CRAIG THORNER**, *individually and*
*on behalf of all others similarly situated*,

      Plaintiff,

v.

**TEAMVIEWER US, INC.,**

      Defendant.

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed on April 15, 2026 [ECF No. 8]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, the claim(s) brought by the named plaintiff in this case are **DISMISSED WITH PREJUDICE** against Defendant, effective April 15, 2026, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 8]. The Clerk of Court shall **CLOSE** this case. Nothing in this Order affects any claims by any putative class member.

**ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of April 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record